# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PETER LAWRENCE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>SEMGROUP CORPORATION, THOMAS R. MCDANIEL, CARLIN G. CONNER, JAMES H. LYTAL, SARAH M. BARPOULIS, KARL F. KURZ, WILLIAM J. MCADAM and RONALD A. BALLSCHMIEDE,<br><br>    Defendants. | Case No. 1:19-cv-02035-MN |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Peter Lawrence ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to all others similarly situated. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

Dated: December 6, 2019

                          Respectfully submitted,

                          **FARUQI & FARUQI, LLP**

                          By: */s/ Michael Van Gorder*

**OF COUNSEL:**           Michael Van Gorder (#6214)
                          3828 Kennett Pike, Suite 201
**FARUQI & FARUQI, LLP**      Wilmington, DE 19807
Nadeem Faruqi           Tel.: (302) 482-3182
James M. Wilson, Jr.        Email: mvangorder@faruqilaw.com
685 Third Avenue, 26th Floor
New York, NY 10017

Tel.: (212) 983-9330  *Counsel for Plaintiff*
Fax: (212) 983-9331
Email: nfaruqi@faruqilaw.com
       jwilson@faruqilaw.com

*Counsel for Plaintiff*